BETTYE L. TAYLOR, Respondent, *v.* THE CITY OF ALBANY et al., Appellants.

(Argued March 12, 1934; decided April 17, 1934.)

*George A. Reilly, Corporation Counsel (Anthony De Stefano* of counsel), for City of Albany, appellant.

*Charles E. Nichols* for New York Central Railroad Company, appellant.

*Glenn A. Frank* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.